UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ABDUL BUCHANAN,

    Plaintiff,

v

TODD WUIS, in his individual capacity, and the CITY OF GRAND RAPIDS, a Michigan municipal corporation,

    Defendants.

Case No.  1:23-cv-00494

Hon. Paul L. Maloney

---

Joel B. Skylar (P38338)
LAW OFFICES OF JOEL B. SKYLAR
Attorney for Plaintiff
500 Griswold, Suite 2450
Detroit, MI 48226
(313) 963-4529
joel@joelbsklarlaw.com

Todd Russell Perkins (P55623)
PERKINS LAW GROUP, PLLC
Attorneys for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
tperkins@perkinslawgroup.net

Elizabeth J. Fossel (P41430)
Megan E. Luptowski (P84826)
Attorneys for Defendants
300 Monroe Avenue NW, Suite 620
Grand Rapids, MI 49503
(616) 456-3802
efossel@grand-rapids.mi.us
mluptowski@grand-rapids.mi.us

---

## **DEFENDANTS' MOTION TO COMPEL**

### ***ORAL ARGUMENT REQUESTED***

    Defendants, TODD WUIS and THE CITY OF GRAND RAPIDS, by and through their attorney, Megan E. Luptowski, Assistant City Attorney for the City of Grand Rapids, request that this Court grant them an Order Compelling Plaintiff to respond to discovery requests for the reasons set forth more fully in the brief accompanying this motion.

                                                          Respectfully submitted,

Dated:  February 26, 2024                By: */s/ Megan Luptowski*          .
                                                             Megan Luptowski (P84826)
                                                            Assistant City Attorney
                                                            Attorney for Defendants

300 Monroe Ave. NW, Ste. 620
Grand Rapids, MI 49503
(616) 456-4028

2