# EXHIBIT A

**Echeverria, Alma**

| | |
|---|---|
| **From:** | Joel Sklar <joel@joelbsklarlaw.com> |
| **Sent:** | Wednesday, January 3, 2024 11:23 AM |
| **To:** | Fossel, Elizabeth Joy |
| **Cc:** | Luptowski, Megan; Echeverria, Alma |
| **Subject:** | Re: Buchanan v Wuis |

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

Elizabeth-I will check the status with my client. You should have them in the week to 10- days

Get Outlook for iOS

**From:** Fossel, Elizabeth Joy <efossel@grand-rapids.mi.us>
**Sent:** Wednesday, January 3, 2024 10:29:02 AM
**To:** Joel Sklar <joel@joelbsklarlaw.com>
**Cc:** Luptowski, Megan <mluptowski@grand-rapids.mi.us>; Echeverria, Alma <aecheverria@grand-rapids.mi.us>
**Subject:** Buchanan v Wuis

Mr Sklar,
These were served on you on Nov 20th. Your responses were due December 20th. You have now forfeited any objections and we expect full and complete responses. Please advise the date by which we will receive them in the next two weeks. We would like to avoid a motion to compel.
Thank you.
EJF

1