# EXHIBIT C

# Echeverria, Alma

**From:** Fossel, Elizabeth Joy
**Sent:** Monday, February 26, 2024 2:49 PM
**To:** Echeverria, Alma
**Subject:** FW: Buchanan

**From:** Joel Sklar <joel@joelbsklarlaw.com>
**Sent:** Tuesday, January 23, 2024 6:38 PM
**To:** Fossel, Elizabeth Joy <efossel@grand-rapids.mi.us>
**Cc:** Richelle McCall <richelle@joelbsklarlaw.com>
**Subject:** Buchanan

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

Elizabeth-Abdul is almost done with the answers. Hoping to have them tomorrow.

**Joel B. Sklar**
Attorney at Law
500 Griswold, Suite 2450
Detroit, MI 48226
313-963-4529
313-963-9310 (fax)




CONFIDENTIALITY NOTICE
Attention: Pursuant to the electronic and communication privacy act of 1986, 18 US Sec 2510, et seq. (the "ECPA"), you are notified that this e-mail is a confidential communication from a Law Firm and may contain privileged and confidential information intended for the recipient of this e-mail only. If you are not the intended recipient of this e-mail, please notify the sender of the delivery error immediately by telephone at (313) 963-4529 and delete the original and destroy any printout or copies. You are hereby notified that dissemination or copying of this e-mail or any attachment is strictly prohibited.