# Exhibit H

 

POLICE DEPARTMENT

CITY OF GRAND RAPIDS

October 6, 2021

Officer Todd Wuis
Canine Unit – South

Dear Officer Wuis:

Upon the recommendation of the Board of Awards, you have been selected to receive the Meritorious Unit Citation, for contributions as a member of the department's Canine Unit.

The Grand Rapids Police Department's Canine Unit has a reputation of being one of the best performing units in the nation. Our yearly certifications through the International Police Work Dog Association (IPWDA) have allowed each handler to demonstrate his dog handling skills and policy and case law knowledge, while putting several of our members into national instructor positions, as Canine Trainers and Master Canine Trainers. This extensive process of becoming a certified national trainer only validates the high level of discipline our handlers have and how much we are respected by the law enforcement canine community. In addition to yearly certifications, our Unit has hosted a regional canine seminar in Grayling, MI, for the past four consecutive years, during which time we see upwards of 50 canine teams from throughout the United States. During these seminars, each of our members is placed in an instructor role, as the visiting teams are certified and instructed in narcotic and explosive detection, tracking techniques, apprehension work, canine building searches, and tactical canine operations. The amount of work spent preparing for, and instructing, these seminars is enormous, and it speaks volumes to how seriously you take your role as a canine handler and member of this department.

Over the past five years, our Canine Unit has compiled the following statistics, which not only show the value of the Unit, but also demonstrates the hard work and dedication of each handler.

- Total K9 Applications – 4,359
- Arrests with K9 – 491
- Physical Apprehensions – 27
- Building Searches – 304
- K9 Tracks – 1,142
- Suspects Located on Tracks – 276
- K9 Track Success Rate – 24% (National Average – 10%)
- K9 Scent Applications/Located – 1,525/516
- K9 Seizures - $289,039
- K9 Demos – 165
- Total Reports – 31,193
- Felony Arrests – 929
- Misdemeanor Arrests – 1,722
- Citations – 2,949

For your extraordinary work and dedication as a member of our Canine Unit, it is with great pride that I thank and commend you for your outstanding performance of duty.

Sincerely,

Eric Payne
Police Chief

/srr
cc: Lieutenant Patrick Baker
    Sergeant Jeffrey Dionne
    GRPD File
    Human Resources Personnel File

1 MONROE CENTER, N.W., GRAND RAPIDS, MICHIGAN

DEFENDANT000304